# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2021

Lyle W. Cayce
Clerk

No. 20-50515
Conference Calendar

Ｕｎｉｔｅｄ Ｓｔａｔｅｓ ｏｆ Ａｍｅｒｉｃａ,

*Plaintiff—Appellee*,

*versus*

Ｌａｒｒｙ Ｌａｒａｙ ＭｃＣａｌｉｓｔｅｒ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:19-CR-215-1

Before Ｇｒａｖｅｓ, Ｗｉｌｌｅｔｔ, and Ｄｕｎｃａｎ, *Circuit Judges*.

Ｐｅｒ Ｃｕｒｉａｍ:*

The attorney appointed to represent Larry Laray McCalister has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). McCalister has not filed a response. We have reviewed

---

* Pursuant to 5ｔｈ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ｔｈ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5.4.

No. 20-50515

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.